AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE January 29, 2008  12:48 pm |
| NAME OF SERVER (PRINT) Anne H.S. Fraser | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:   Registered Agent Louis Lance, CT Corporation Systems, 1015 15th St NW #1000, Washington DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   February 1, 2008       *[signature]*
                    Date                Signature of Server

1320 19th Street NW #200 Washington DC
                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.