# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH L. THORPE, | } |
| *Plaintiff,* | } |
| -vs.- | } Civil Action No. 1:08-cv-00170 |
| BANNER LIFE INSURANCE COMPANY, | } Hon. Henry H. Kennedy |
| *Defendant.* | } |
| _____ | } |

PROOF OF SERVICE

The undersigned counsel for Plaintiff hereby submits the Declaration of Server under penalty of perjury as to the service of the original Summons and Complaint upon the Defendant in this matter.

Respectfully submitted,

SARAH L. THORPE
Individually and as Personal Representative
of the Estate of Peter Boyle
By Counsel:

*/Signed Electronically/*

_____

Anne H.S. Fraser (DC Bar # 349472)

Anne H.S. Fraser, P.C.

1320 19th Street, N.W., Suite 200

Washington, DC 20036-1637

Fax (202) 466-4010

Email ahsfraser@aol.com

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Sarah L. Thorpe, Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

Banner Life Insurance Company, Defendant.

CASE NUMBER: 1:08-cv-00170 (HHK)

TO: (Name and address of Defendant)

Banner Life Insurance Company, 1701 Research Boulevard, Rockville, MD 20850
c/o Registered Agent,
CT Corporation Systems,
1015 15th - Street, N.W., Suite 1000
Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anne H.S. Fraser DC Bar 349472
Anne H.S. Fraser, P.C.
1320 19th Street, N.W.
Suite 200
Washington, DC 20036-1637
Tel. 202-466-4009

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

COPY

CLERK                                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | January 29, 2008   12:48 pm |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Anne H.S. Fraser | Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Registered Agent Louis Lance, CT Systems, 1015 15th Street NW #1000, Washington, DC   Served original signed Summons w/ Complaint

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   February 4, 2008
              Date

Signature of Server

1320 19th St NW #1000 WDC 20036
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.