THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH L. THORPE, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>BANNER LIFE INSURANCE COMPANY, )<br>)<br>  Defendant. )<br>_____) | Case No. 1:08-CV-00170 HHK |

## LCvR 7.1 CERTIFICATE

I, the undersigned, counsel of record for Banner Life Insurance Company ("Banner"), certify that to the best of our knowledge and belief, the following are parent companies, subsidiaries or affiliates of Banner which have any outstanding securities in the hands of the public.

  Legal & General Group, Plc

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

 /s/ Shelby J. Kelley_____
Shelby J. Kelley
Bar No. 464248
Bracewell & Giuliani LLP
2000 K Street, N.W., Suite 500
Washington, DC 20006
(202) 828-5859
(202) 857-2117 (fax)
shelby.kelley@bgllp.com

-2-

        David McDowell (*to be admitted pro hac vice*)
        Bracewell & Giuliani LLP
        711 Louisiana Street, Suite 2300
        Houston, TX  77002
        (713) 221-1536
        (713) 437-5381 (fax)
        david.mcdowell@bgllp.com

Dated: February 28, 2008        *Counsel for Banner Life Insurance Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of Banner Life Insurance's LCvR 7.1 Certificate was served via the Court's electronic filing system on the 28th day of February, 2008 to the following:

Anne H.S. Fraser
Anne H.S. Fraser, P.C.
1320 19th Street, N.W.
Suite 200
Washington, DC  20036

*Counsel for Sarah L. Thorpe*

                                                  /s/ Shelby J. Kelley
                                                  Shelby J. Kelley

DC/238065v1