IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH L. THORPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-CV-00170 HHK |
| ) | |
| BANNER LIFE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION TO ADMIT COUNSEL, *PRO HAC VICE*** 

The undersigned, counsel for Defendant, Banner Life Insurance Company ("Banner"), pursuant to LCvR 83.2(d), hereby moves this court for an Order permitting David McDowell to enter his appearance on behalf of Banner in this proceeding and to practice before this Court in connection with this matter. In support of this Motion, the undersigned states as follows:

1. The undersigned is an attorney employed by Bracewell & Giuliani LLP, 2000 K Street, N.W., Suite 500, Washington, DC 20006, and is a member in good standing of this Court.

2. As set forth in the Declaration of David McDowell, which is attached hereto as Exhibit A, and incorporated herein by reference, Mr. McDowell is an attorney employed by Bracewell & Giuliani LLP, and is a member in good standing of the Bar of the State of Texas. Mr. McDowell has never been disciplined by any bar, and he has not been admitted *pro hac vice* in this Court within the last two years.

3. In accordance with the Rules, Mr. McDowell will appear in association with the undersigned in all appearances before this court.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that this court enter an Order permitting David McDowell to enter his appearance on behalf of Banner in this proceeding and to practice before the Court in this matter.

                                                Respectfully submitted,

                                                /s/ Shelby J. Kelley_____
                                                Shelby J. Kelley
                                                D.C. Bar Number 464248
                                                Bracewell & Giuliani LLP
                                                2000 K Street, N.W., Suite 500
                                                Washington, DC 20006-1872
                                                Telephone: (202) 828-5800
                                                FAX: (202) 223-1225
                                                shelby.kelley@bgllp.com

Date:  March 5, 2008                    COUNSEL FOR BANNER LIFE
                                                INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of Motion to Admit Counsel, Pro Hac Vice, Declaration of David McDowell and proposed order were served via the Court's electronic filing system on the 5th day of March, 2008 to the following:

Anne H.S. Fraser
Anne H.S. Fraser, P.C.
1320 19th Street, N.W.
Suite 200
Washington, DC  20036

*Counsel for Sarah L. Thorpe*

                                                    /s/ Shelby J. Kelley
                                                    Shelby J. Kelley

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH L. THORPE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:08-CV-00170 HHK |
| | ) |
| BANNER LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DECLARATION OF DAVID MCDOWELL

I, David McDowell, state as follows:

1. My full name is David McDowell.

2. My office address and telephone number are: 711 Louisiana Street, Suite 2300, Houston, Texas 77002-2700, (713) 223-1536.

3. I am admitted to practice law in the State of Houston.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in the U.S. District Court for the District of Columbia within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar and do not have an application for membership pending with the District of Columbia Bar.

David McDowell
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2700
Telephone: (713) 223-1536
FAX: (713) 221-1212
david.mcdowell@bgllp.com

STATE OF TEXAS         )
                       )
COUNTY OF HARRIS       )

Subscribed to and sworn before me by David McDowell on this 5th day of March, 2008.

_____
NOTARY PUBLIC

My Commission Expires: 12/08/11 .



BETH LOTSPEICH
Notary Public, State of Texas
My Commission Expires
December 08, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH L. THORPE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANNER LIFE INSURANCE COMPANY, )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:08-CV-00170 HHK |

## ORDER

THIS MATTER having come before the Court on Defendant's Motion to Admit Counsel, *Pro Hac Vice,* and it appearing that David McDowell is qualified under the Rules to practice before this Court, it is this ____ day of _____, 2008, hereby

ORDERED, that the Motion to Admit Counsel, *Pro Hac Vice* be, and the same hereby is, GRANTED, and that David McDowell shall be permitted to practice before this Court on behalf of Defendant in all matters related to the captioned proceedings.

_____
Judge Henry H. Kennedy, Jr.

cc:   Shelby J. Kelley
      Bracewell & Giuliani LLP
      2000 K Street, N.W., Suite 500
      Washington, DC  20006

      David McDowell
      Bracewell & Giuliani LLP
      711 Louisiana Street, Suite 2300
      Houston, Texas  77002-2700

Anne H.S. Fraser
Anne H.S. Fraser, P.C.
1320 19th Street, N.W.
Suite 200
Washington, DC  20036