UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH L. THORPE, } | |
|     *PLAINTIFF,* } | |
| -vs.- } | Case No. 1:08-cv-00170 (HHK) |
| BANNER LIFE INSURANCE COMPANY , } | |
|     *DEFENDANT.* } | |
| _____ } | |

JOINT REPORT PURSUANT TO F.R.CIV.P.16 AND LCvR 16.3

On March 11, 2008, the parties, through undersigned counsel, met by telephone to discuss the scheduling, discovery plan for, and other aspects of this matter as required by Local Rule16.3 and the Court's Scheduling Order. The parties report as follows:

L.Cv.R.16.3(b) and (c) (1) :The parties agree that the date for initial disclosures shall be March 28, 2008, and that this action is not exempt from the requirement of initial disclosures; however, the parties expect to proceed with additional discovery after initial disclosures as set forth below. No motion to dismiss is expected that would warrant a delay of discovery.

L.Cv.R.16.3(c) (2): The parties agree that motions for amendments to the pleadings and the joinder of additional parties shall be filed by May 10, 2008.

L.Cv.R.16.3(c) (3): The Defendant does not agree to assignment of the case to a Magistrate Judge.

L.Cv.R.16.3(c) (4): The parties believe that there is a possibility of settlement but only after discovery has taken place.

L.Cv.R.16.3(c) (5) :ADR would be most appropriate at the close of discovery, if the factual posture of the case then warrants it.  The parties do not believe a neutral case evaluation would be of value at this point in the case.

L.Cv.R.16.3(c) (6) : There are no pending motions to dismiss and none are expected to be filed in the near future. Dispositive motions are expected after completion of discovery (see schedule below).

L.Cv.R.16.3(c), Subsections (7) , (8),(9), (11), and(12):[1]  The parties propose the following Discovery Plan and Motions and Pretrial Schedule, that is roughly consistent with the "Track Two" Case Schedule appended to the Court's Order  for Initial Scheduling Conference of March 5, 2008.  The parties do not consider that bifurcation or phased case management is appropriate.

| | |
|---|---|
| Exchange initial disclosures: | March 28, 2008 |
| Amendment of pleadings: | May 10, 2008 |
| Exchange witness lists: | May 31, 2008 |
| Deadline for Post R.26(a) discovery requests: | June 15, 2008 |
| Proponent's R. 26 (a)(2) statements: | June 30, 2008 |
| Opponent's R.26(a)(2) statements: | July 30, 2008 |
| Close of all non-expert discovery: (including requests for admissions) | August 31, 2008 |
| Close of discovery regarding experts: | September 30, 2008 |

---

[1] Subsection (10) of the Local Rule does not apply as this is not a class action. The proposed schedule addresses all the remaining subsections

2

  Dispositive motions due:           November 15, 2008

  Oppositions to dispositive motions:       December 15, 2008

  Replies to dispositive motions:         January 10, 2009

  L.Cv.R.16.3(c) (13): The parties propose that a pre-trial or status conference be set on the date that is 30 days after decision on any dispositive motion, or if none is filed, 30 days after the close of discovery, to evaluate the prospects for ADR and to set a trial date, preferably during the month of March, 2009 .

  L.Cv.R.16.3(c) (14): Other matters: The parties anticipate the need for a Confidentiality Agreement and are working on a proposed draft.

  Respectfully submitted,

| | |
|---|---|
| SARAH THORPE<br>Plaintiff<br>By Counsel:<br><br>_____<br>Anne H.S. Fraser (DC Bar # 349472)<br>Anne H.S. Fraser, P.C.<br>1320 19th Street, N.W., Suite 200<br>Washington, DC 20036-1637<br>Voice (202) 466-4009<br>Fax (202) 466-4010<br>ahsfraser@aol.com | BANNER LIFE INSURANCE CO.<br>Defendant<br>By Counsel:<br><br>/Signed electronically/<br>_____<br>Shelby J. Kelley (DC Bar # 464248)<br>Bracewell & Giuliani, LLP<br>2000 K Street, N.W., Suite 500<br>Washington, DC 20006-1872<br>Telephone (202) 828-5800<br>Fax: (202) 223-1255<br>shelby .kelley@bgllp.com<br><br>/Signed electronically/<br>_____<br>David T. McDowell (*pro hac vice*)<br>Bracewell & Giuliani, LLP<br>711 Louisiana Street, Suite 2300<br>Houston, Texas 77002-2700<br>Telephone: (713) 223-1536<br>david.mcdowell@bgllp.cpm |