UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH L. THORPE, } | |
|     *PLAINTIFF,* } | |
| -vs.- } | Case No. 1:08-cv-00170 (HHK) |
| BANNER LIFE INSURANCE COMPANY , } | |
|     *DEFENDANT.* } | |
| _____ } | |

**ERRATUM TO JOINT REPORT PURSUANT TO F.R.CIV.P.16 AND LCvR 16.3**

In checking the dates proposed in the original Joint Report for the parties' Discovery Plan and Motions and Pretrial Schedule pursuant to L.Cv.R.16.3(c), Subsections (7) , (8),(9), (11), and(12) the parties realized that a number of the proposed dates fell on weekends. Accordingly a modified schedule is submitted as follows:

| | |
|---|---|
| Exchange initial disclosures: | March 28, 2008 |
| Amendment of pleadings: | May 9, 2008 |
| Exchange witness lists: | May 30, 2008 |
| Deadline for Post R.26(a) discovery requests: | June 16, 2008 |
| Proponent's R. 26 (a)(2) statements: | June 30, 2008 |
| Opponent's R.26(a)(2) statements: | July 30, 2008 |
| Close of all non-expert discovery:<br>(including requests for admissions) | August 29, 2008 |
| Close of discovery regarding experts: | September 30, 2008 |
| Dispositive motions due: | November 14, 2008 |

Oppositions to dispositive motions:                                    December 15, 2008

Replies to dispositive motions:                                              January 9, 2009

Respectfully submitted,

| | |
|---|---|
| SARAH L. THORPE | BANNER LIFE INSURANCE CO. |
| Plaintiff | Defendant |
| By Counsel: | By Counsel: |

*/Signed electronically/*

_____                    _____
Anne H.S. Fraser (DC Bar # 349472)              Shelby J. Kelley (DC Bar # 464248)
Anne H.S. Fraser, P.C.                                      Bracewell & Giuliani, LLP
1320 19th Street, N.W., Suite 200                  2000 K Street, N.W., Suite 500
Washington, DC 20036-1637                         Washington, DC 20006-1872
Voice (202) 466-4009                                       Telephone (202) 828-5800
Fax (202) 466-4010                                           Fax: (202) 223-1255
ahsfraser@aol.com                                            shelby.kelley@bgllp.com


*/Signed electronically/*
_____
David T. McDowell (*pro hac vice*)
Bracewell & Giuliani, LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2700
Telephone: (713) 223-1536
david.mcdowell@bgllp.cpm