UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SARAH L. THORPE,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**BANNER LIFE INSURANCE CO.,**<br><br>    **Defendant.** | Civil Action 08-00170 (HHK) (AK) |

ORDER REFERRING CASE TO
UNITED STATES MAGISTRATE JUDGE ALAN KAY
FOR MEDIATION

It is this 17th day of April 2008, hereby

**ORDERED** that the above captioned case be and is hereby referred to United States Magistrate Judge Alan Kay for the purpose of conducting mediation proceedings. The mediation period shall commence on October 1, 2008, and conclude on December 1, 2008. The parties are to jointly contact the assigned Magistrate Judge in order to schedule the proceedings.

Henry H. Kennedy, Jr.
United States District Judge
