## REFERRAL TO MAGISTRATE JUDGE

CATEGORY:  TYPE-M

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1332 Diversity-Insurance Contract | | | |
|---|---|---|---|---|

| CASE NO:<br>08-cv-00170 | DATE REFERRED:<br>4/17/08<br><br>DISPOSITION DATE: | PURPOSE:<br>MEDIATION | JUDGE:<br>HENRY H. KENNEDY, JR. | MAG. JUDGE<br>ALAN KAY |
|---|---|---|---|---|

| PLAINTIFF (S) :<br>SARAH L. THORPE<br>Individually and as Personal Representative of<br>the Estate of Peter Boyle, Deceased | DEFENDANT(S) :<br>BANNER LIFE INSURANCE COMPANY |
|---|---|

ENTRIES: