UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH THORPE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BANNER LIFE INSURANCE CO.,<br><br>　　　　Defendant. | Civil Action No. 08-00170 (HHK/AK) |

**ORDER**

The above-captioned case was referred to the undersigned by the Honorable Henry H. Kennedy, for the purpose of facilitating a settlement. Accordingly, it is by the Court this 24th day of April, 2008, hereby

**ORDERED :**

1. The lead attorney(s) for the parties shall appear before the undersigned, in chambers [ROOM 2333] on October 29, 2008 at 10:30 a.m. The parties should attend the mediation, be available by telephone, or delegate settlement authority to counsel.

2. The parties may submit confidential settlement statements in advance of the mediation but such statements are Not Required, and in most cases, they are unnecessary.

3. If any attorney or party is unavailable on the date and at the time set forth above, the attorney shall notify the other attorney(s) in the cases as soon as possible to

arrange a telephone conference call with chambers to select an alternative date and time.

4.  If the settlement conference must be rescheduled, the undersigned will require the attorney with the scheduling conflict to confirm the new date and time in a letter to the other attorneys and the Court.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE