IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH L. THORPE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:08-CV-00170 HHK |
| | ) |
| BANNER LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CONSENT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff and Defendant in the above-styled cause jointly move for an Order modifying the Scheduling Order as follows:

Plaintiff and Defendant jointly request that the Scheduling Order be modified so that the Proponent's Rule 26(a)(2) statement will be due on July 30, 2008, rather than its current due date of June 30, 2008 and that the Opponent's Rule 26(a)(2) statement will be due on August 29, 2008, rather than its current due date of July 30, 2008.

Plaintiff and Defendant acknowledge that each has been diligent in conducting discovery, but that for reasons beyond their control, additional time is needed for each party to obtain the information necessary to complete their Rule 26(a)(2) statements. The parties have been awaiting deposition transcripts to provide to expert witnesses. Without these transcripts, and additional time for the experts to analyze them, the parties' Rule 26(a)(2) statements may be incomplete.

This Motion is not made for the purposes of delay, but so that justice may be done. The parties do not expect that granting this Motion will result in a delay of the trial of this case.

Respectfully submitted,

ANNE H. S. FRASER, P.C.

/Signed electronically/

By_____
Anne H. S. Fraser
DC Bar No. 349472

1320 19th Street, N.W., Suite 200
Washington, DC 20036
Telephone: (202) 466-4009
Telecopy: (202) 466-4010

ATTORNEYS FOR PLAINTIFF
SARAH L. THORPE

BRACEWELL & GIULIANI LLP

/Signed electronically/
_____
David T. McDowell
State Bar No. 00791222
Federal ID No. 18464
*Admitted Pro Hac Vice*

711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
Telephone: (713) 223-2300
Telecopy: (713) 221-1212

ATTORNEYS FOR DEFENDANT BANNER LIFE
INSURANCE COMPANY

OF COUNSEL:

Shelby J. Kelley
D.C. Bar Number 464248

BRACEWELL & GIULIANI LLP
2000 K Street, N.W., Suite 500
Washington, DC 20006-1872
Telephone: (202) 828-5800
Fax: (202) 223-1225

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH L. THORPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-CV-00170 HHK |
| ) | |
| BANNER LIFE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER GRANTING CONSENT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff and Defendant in the above-styled cause have jointly moved for an Order modifying the Scheduling Order. The Court has considered said Motion and, it appearing there are sufficient grounds therefor, it is this ___ day of _____, 2008 hereby ORDERED, that the Motion be, and it hereby is, granted, as follows:

1. Proponent's Rule 26(a) (2) statement will be due on July 30, 2008, rather than its current due date of June 30, 2008; and

2. Opponent's Rule 26(a) (2) statement will be due on August 29, 2008, rather than its current due date of July 30, 2008.

The remaining deadlines in the Court's Scheduling Order are not affected.

_____
Henry H. Kennedy
Judge