IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH L. THORPE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:08-CV-00170 HHK ) |
| BANNER LIFE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

The undersigned counsel for Defendant, Banner Life Insurance Company ("Banner"), pursuant to LCvR 83.2(d), hereby moves this Court for an Order permitting Mark E. Lewis to enter his appearance on behalf of Banner in this proceeding and to practice before this Court in connection with this matter. In support of this Motion, the undersigned states as follows:

1. The undersigned is an attorney employed by Bracewell & Giuliani LLP, 2000 K Street, N.W., Suite 500, Washington, D.C. 20006, and is a member in good standing of this Court.

2. As set forth in the Declaration of Mark E. Lewis, which is attached hereto as Exhibit A, and incorporated herein by reference, Mr. Lewis is an attorney employed by Bracewell & Giuliani LLP, and is a member in good standing of the Bar of the State of Texas. Mr. Lewis has never been disciplined by any bar, and he has not been admitted *pro hac vice* in this Court within the last two years.

3. In accordance with the Rules, Mr. Lewis will appear in association with the undersigned in all appearances before this Court.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that this Court enter an Order permitting Mark E. Lewis to enter his appearance on behalf of Banner in this proceeding and to practice before the Court in this matter.

Respectfully submitted,

/s/ Shelby J. Kelley
Shelby J. Kelley
D.C. Bar Number 464248
Bracewell & Giuliani LLP
2000 K Street, N.W., Suite 500
Washington, D.C. 20006-1872
Telephone: (202) 828-5800
FAX: (202) 223-1225
shelby.kelley@bgllp.com

COUNSEL FOR BANNER LIFE
INSURANCE COMPANY

Date: July 28, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via the Court's electronic filing system on the 28 day of July, 2008 as follows:

Anne H.S. Fraser
Anne H.S. Fraser, P.C.
1320 19th Street, N.W.
Suite 200
Washington, DC  20036
*Counsel for Sarah L. Thorpe*

                                                /s/ Shelby J. Kelley
                                                Shelby J. Kelley

HOUSTON\2191658.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH L. THORPE, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Case No. 1:08-CV-00170 HHK |
| BANNER LIFE INSURANCE COMPANY, | ) ) ) |
|     Defendant. | ) ) ) |

### DECLARATION OF MARK E. LEWIS

I, Mark E. Lewis, state as follows:

1. My full name is Mark E. Lewis.

2. My office address and telephone number are: 711 Louisiana Street, Suite 2300, Houston, Texas 77002-2700, (713) 221-1586.

3. I am admitted to practice law in the State of Texas.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in the U.S. District Court for the District of Columbia within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar and do not have an application for membership pending with the District of Columbia Bar.

                                                                         */s/ Mark E. Lewis*
                                                                         Mark E. Lewis
                                                                         Bracewell & Giuliani LLP
                                                                         711 Louisiana Street, Suite 2300
                                                                         Houston, Texas 77002-2700
                                                                         Telephone: (713) 221-1586
                                                                         Fax: (713) 221-1212
                                                                         mark.lewis@bgllp.com

-2-

STATE OF TEXAS           )
                         )
COUNTY OF HARRIS         )

     Subscribed to and sworn before me by Mark E. Lewis on this 8th day of July, 2008.

_____
NOTARY PUBLIC

My Commission Expires July 18, 2009

LAURIE C ASH
Notary Public, State of Texas
My Commission Expires
July 18, 2009

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH L. THORPE, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BANNER LIFE INSURANCE COMPANY, )<br>)<br>    Defendant. )<br>_____) | Case No. 1:08-CV-00170 HHK |

### ORDER

THIS MATTER having come before the Court on Defendant's Motion to Admit Counsel *Pro Hac Vice,* and it appearing that Mark E. Lewis is qualified under the Rules to practice before this Court, it is this \_\_\_\_ day of _____, 2008, hereby

ORDERED, that the Motion to Admit Counsel *Pro Hac Vice* be, and the same hereby is, GRANTED, and that Mark E. Lewis shall be permitted to practice before this Court on behalf of Defendant in all matters related to the captioned proceedings.

 

_____
Judge Henry H. Kennedy, Jr.

cc:    Shelby J. Kelley
       Bracewell & Giuliani LLP
       2000 K Street, N.W., Suite 500
       Washington, DC 20006

       David T. McDowell
       Mark E. Lewis
       Bracewell & Giuliani LLP
       711 Louisiana Street, Suite 2300
       Houston, Texas 77002-2700

       Anne H.S. Fraser
       Anne H.S. Fraser, P.C.
       1320 19th Street, N.W., Suite 200
       Washington, DC 20036